UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, a California Limited Partnership, dba HALF MOON MARINA,<br><br>                             Plaintiff,<br><br>v.<br><br>S/V SCOTCH MISS, That Certain 1969 Coronado Sailing Vessel of Approximately 24-Feet in Length, California CF No. CF 4165 DF, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances, in rem,<br><br>                            Defendant. | Case No.: 23-CV-482-BTM(WVG)<br><br>**ORDER REGARDING NOTICE OF BANKRUPTCY FILING:**<br>  (1) **VACATING SEPTEMBER 15, 2023 HEARING**<br>  (2) **HOLDING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT IN ABEYANCE** |

    Before the Court is Plaintiff Bartell Hotels, LLP's ("Plaintiff") Motion for Entry of Judgment Against Eric Dutra. (ECF No. 45.) A motion hearing to address Plaintiff's Motion is set for September 15, 2023. *See* ECF No. 42.

    On September 8, 2023, Plaintiff called Judge Gallo's Chambers to notify the Court of a bankruptcy court case filed by Eric Dutra, owner of the Defendant Vessel S/V Scotch Miss, which mandates a stay, pursuant to 11 U.S.C. § 362, of all pending actions against

Eric Dutra. On September 11, 2023, the Court issued an order requiring Plaintiff to file to the docket, proof of the pending bankruptcy matter, so the Court may determine whether to (1) vacate the September 15, 2023 hearing and (2) hold Plaintiff's Motion for Entry of Judgment Against Eric Dutra in abeyance while the bankruptcy court matter proceeds.

In relevant part, 11 U.S.C. § 362(a) provides: "a petition filed under section 301, 302, or 303 of this title, . . . operates as a stay, applicable to all entities, of –

(1) the commencement or continuation, . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.
(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;
(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
(4) any act to create, perfect, or enforce any lien against property of the estate;
(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;
(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

11 U.S.C. section 263(a)(1)-(6).

On September 12, 2023, Plaintiff filed a Notice of Bankruptcy Filings in compliance with the Court's September 11, 2023 Order ("Notice"). (ECF No. 49.) Attached to Plaintiff's Notice was Exhibit A, which reflects the U.S. Bankruptcy Court Southern District of California's docket for bankruptcy petition number 23-02401-MM13. *Id.* at 2-5. The docket for bankruptcy petition number 23-02401-MM13 reflects that a "Chapter 13 Voluntary Petition for Individuals" was filed on August 14, 2023 on behalf of Eric Dutra, owner of the Defendant Vessel in this action. *Id.* at 3-4.

Because a Chapter 13 petition for bankruptcy falls within the scope of 11 U.S.C. § 301, voluntary cases (*see* 11 U.S.C. §§ 263, 301), the Court finds it appropriate to hold Plaintiff's Motion for Entry of Judgment Against Eric Dutra in abeyance until the U.S.

Bankruptcy Court Southern District of California resolves Eric Dutra's bankruptcy claim. Accordingly, the Court **ORDERS**:

The September 15, 2023 hearing to address Plaintiff's Motion for Entry of Judgment Against Eric Dutra is VACATED.

Plaintiff's Motion for Entry of Judgment Against Eric Dutra (ECF No. 45) shall be held in abeyance until the U.S. Bankruptcy Court Southern District of California resolves Eric Dutra's bankruptcy claim.

Plaintiff shall notify the Court within two business days of the conclusion of the bankruptcy court's proceeding.

Plaintiff shall serve a copy of this Order upon Eric Dutra, owner of the Defendant Vessel. The Clerk of the Court shall also serve, by certified mail, a copy of this Order to Eric Dutra, addressed to P.O. Box 60061, San Diego, CA 92166. [1]

**IT IS SO ORDERED.**

DATED: September 13, 2023

Hon. William V. Gallo
United States Magistrate Judge

---

[1] The Court has also emailed Eric Dutra a copy of this Order, to his preferred e-mail address provided by Mr. Dutra on April 25, 2023.