# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, a California Limited Partnership, dba HALF MOON MARINA,<br><br>                  Plaintiff,<br><br>v.<br><br>S/V SCOTCH MISS, That Certain 1969 Coronado Sailing Vessel, of Approximately 24-Feet in Length, California CF 4165 EF, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances, *in rem*,<br><br>                  Defendant. | Case No.: 3:23-cv-00482-VET<br><br>**ORDER DENYING MOTION TO CONTINUE**<br><br>**[Doc. No. 62]** |

      Before the Court is a Request for Continuance of January 24, 2025 Status Hearing ("Motion to Continue"), filed by Defendant vessel owner Eric Dutra. Doc. No. 62. Therein, Mr. Dutra requests that the Court continue the Status Conference so he can find legal representation. *Id.* Plaintiff opposes the Motion to Continue, arguing Mr. Dutra's request amounts to a repeated tactic used to delay this case. Doc. No. 63 at 1. Plaintiff further notes the Status Conference will not address dispositive issues and that Mr. Dutra will have time to retain counsel prior to any dispositive ruling. *Id.* at 2.

The Court finds that no good cause exists to continue the Status Conference. This case has been pending for nearly two years and held in abeyance due to Mr. Dutra's bankruptcy proceedings. *See* Doc. Nos. 1, 49, 50, 55. Moreover, the Court has no plans to issue any rulings or entertain any argument concerning any substantive issues at the Status Conference. And to the extent Mr. Dutra wishes to retain counsel, the Status Conference is an opportunity for Mr. Dutra to explain to the Court how much time he needs to retain an attorney. Lastly, the Court is aware of Mr. Dutra's prior repeated failures to comply with Court orders, *see* Doc. Nos. 28, 29, 32, 37, 41, and is not prepared to continue to delay this case.

Therefore, based on a review of the Motion to Continue and the record, and a failure to demonstrate good cause, the Court **DENIES** the Motion to Continue. The Status Conference will proceed as scheduled on January 24, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2025

Honorable Valerie E. Torres
United States Magistrate Judge